UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JUAN MAURICIO CASTILLO,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,

Respondents.

Case No. 3:26-cv-00577-MMD-MDC

ORDER

Petitioner Juan Mauricio Castillo, an immigration detainee challenging the lawfulness of his federal detention at Nevada Southern Detention Center, filed an amended counseled petition for habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 9 ("Petition").) Petitioner has lived in the United States since 1992. (*Id.* at 3.) Petitioner was a member of the MS-13 gang as a child and at age 15 he was convicted of a gang-related homicide. (*Id* at 6.) Petitioner was ordered removed to El Salvador, his country of origin, in 1998. (*Id*. at 4.) Petitioner served nearly 20 years in prison until he was released on parole in 2016. (*Id.* at 6.) He was then transferred to Immigration and Customs Enforcement ("ICE") custody where he remained for another five-and-a-half years. (*Id.*) In 2022, Petitioner was granted deferral of removal to El Salvador under the Convention Against Torture after expressing reasonable fear of torture by MS-13 and Salvadoran officials due to his former affiliation and later cooperation with law enforcement. (*Id*. at 7.) In January of 2022, Petitioner was released from ICE custody on bond. (*Id.* at 8.) Petitioner reported to the ICE office in Reno on July 29, 2026 as directed to process his employment authorization. (*Id.*) Upon arrival, Petitioner was arrested and re-detained by ICE. (*Id.* at 9.)

In Ground Four of the Petition, Petitioner argues his post-removal order detention is unlawful under 8 U.S.C. § 1231(a) because there is no likelihood of removal in the

reasonably foreseeable future. (*Id.* at 21-22); *see Zadvydas v. Davis*, 533 U.S. 678, 687-89 (2001). Respondents filed a notice of non-opposition, conceding that there is no significant likelihood of removal in the reasonably foreseeable future and indicating their non-opposition to relief on this basis in Ground Four of the Petition. (ECF No. 14 at 1-2.) Accordingly, the Court grants the Petition on Ground Four and orders Petitioner released.

It is therefore ordered that the Petition is granted on Ground Four. (ECF No. 9.) Respondents must immediately release Petitioner by no later than 9:00 AM PT on Monday, August 24, 2026.

It is further ordered that the parties shall file a joint status report by Tuesday, August 25, 2026 confirming Respondents' compliance with this Order.

The Clerk of Court is instructed to enter judgment accordingly and close this case. The Court retains jurisdiction to enforce its order and judgment. Petitioner may move to reopen this case to enforce the judgment without filing a separate case.

DATED THIS 21st Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE